| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| Northern District of Illinois |
| Case number (If known): _____   Chapter you are filing under:<br>☑ Chapter 7<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

SEP 13 2016

JEFFREY P. ALLSTEADT, CLERK

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 1. Your full name<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | MARIE<br>First name<br>ANTOINETTE<br>Middle name<br>BUTLER<br>Last name<br><br>Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| 2. All other names you have used in the last 8 years<br><br>Include your married or maiden names. | MARIE<br>First name<br>A<br>Middle name<br>BUTLER-BUTLER<br>Last name<br><br>MARIE<br>First name<br>A<br>Middle name<br>BUTLER-LEONARD<br>Last name | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name |
| 3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | xxx – xx – 0 8 0 8<br>OR<br>9 xx – xx – ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ |

Official Form 101                  Voluntary Petition for Individuals Filing for Bankruptcy                  page 1

Debtor 1  **MARIE ANTOINETTE BUTLER**
          First Name  Middle Name  Last Name

Case number (if known) _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years<br><br>Include trade names and *doing business as* names | ☐ I have not used any business names or EINs.<br><br>THE BUTLER NETWORK, INC.<br>Business name<br><br>THE BUTLER NETWORK<br>Business name<br><br>46-3025812<br>EIN<br><br>___ – _____<br>EIN | ☐ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>___ – _____<br>EIN<br><br>___ – _____<br>EIN |
| 5. Where you live | 1233 183RD STREET<br>Number  Street<br><br>HOMEWOOD     IL    60430<br>City         State  ZIP Code<br><br>COOK<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number  Street<br><br>_____<br>P.O. Box<br><br>_____<br>City         State  ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number  Street<br><br>_____<br>City         State  ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number  Street<br><br>_____<br>P.O. Box<br><br>_____<br>City         State  ZIP Code |
| 6. Why you are choosing *this district* to file for bankruptcy | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  **MARIE ANTOINETTE BUTLER**　　　　　　　Case number (if known)_____
　　　　　First Name　Middle Name　Last Name

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☑ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☑ No
- ☑ Yes. District _____ When 09/16/201 Case number 2011B37754
  　　　　　　　　　　　　　　　　　　MM/DD/YYYY
  　　District _____ When _____ Case number _____
  　　　　　　　　　　　　　　　　　　MM/DD/YYYY
  　　District _____ When _____ Case number _____
  　　　　　　　　　　　　　　　　　　MM/DD/YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes. Debtor N/A _____ Relationship to you _____
  　　District _____ When _____ Case number, if known _____
  　　　　　　　　　　　　　　　　　　MM/DD/YYYY

  　　Debtor _____ Relationship to you _____
  　　District _____ When _____ Case number, if known _____
  　　　　　　　　　　　　　　　　　　MM/DD/YYYY

**11. Do you rent your residence?**

- ☑ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?
  - ☑ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1   MARIE ANTOINETTE BUTLER   Case number (if known) _____
           First Name  Middle Name  Last Name

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

Name of business, if any: N/A

Number  Street: N/A

City  State  ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?

☑ No

☐ Yes. What is the hazard? N/A

If immediate attention is needed, why is it needed? N/A

Where is the property?
Number  Street
City  State  ZIP Code

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 4

Debtor 1  **MARIE ANTOINETTE BUTLER**
　　　　　First Name　　Middle Name　　Last Name

Case number (if known) _____

# Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☑ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

　☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

　☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

　☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

　☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

　☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

　☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

9/13/2016

To whom it may concern,

I, Marie Antoinette Butler, am requesting approval of a 30-day waiver requirement to certify for credit counseling.

I, Marie Antoinette Butler, contacted "Susan" several times at the Institute for Consumer Credit Education located at 16335 S. Harlem, Ste. 400 Tinley Park, IL 60477 but unsuccessful due to lack of staff availability. I was informed that due to budget cuts, only 1 person is able to perform the counseling services that resulted in scheduling conflicts.

I, Marie Antoinette Butler, was diagnosed with spinal stenosis and severe asthma that has adds to my delay of getting certified before filing this petition.

Sincerely,
Marie Butler
Marie Butler
708-803-6818

1233 183rd Street
Homewood IL 60430

Debtor 1  **MARIE ANTOINETTE BUTLER**
         First Name  Middle Name  Last Name

Case number (if known) _____

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a.** Are your debts primarily consumer debts? *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ No. Go to line 16b.
- ☑ Yes. Go to line 17.

**16b.** Are your debts primarily business debts? *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☑ No. Go to line 16c.
- ☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

- ☐ No. I am not filing under Chapter 7. Go to line 18.
- ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☑ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**
- ☐ 1-49
- ☑ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
- ☐ $0-$50,000
- ☑ $50,001-$100,000
- ☑ $100,001-$500,000 (nb)
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

x */s/ Marie A. Butler*                                x _____
Signature of Debtor 1                                    Signature of Debtor 2

Executed on 09/12/2016                                  Executed on _____
           MM / DD / YYYY                                           MM / DD / YYYY

Debtor 1   <u>MARIE ANTOINETTE BUTLER</u>                                Case number (if known)_____
           First Name   Middle Name   Last Name

| For your attorney, if you are represented by one | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|
| **If you are not represented by an attorney, you do not need to file this page.** | ✘ ____N/A_____  Date _____ <br> Signature of Attorney for Debtor                              MM / DD / YYYY <br><br> Printed name _____N/A_____ <br><br> Firm name _____ <br><br> Number  Street _____ <br><br> City _____ State _____ ZIP Code _____ <br><br> Contact phone _____ Email address _____ <br><br> Bar number _____ State _____ |

Official Form 101           Voluntary Petition for Individuals Filing for Bankruptcy           page 7

Debtor 1    **MARIE ANTOINETTE BUTLER**                                Case number (if known)_____
　　　　　　First Name   Middle Name   Last Name

| For you if you are filing this bankruptcy without an attorney<br><br>If you are represented by an attorney, you do not need to file this page. | The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**<br><br>To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.<br><br>You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**<br><br>If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.<br><br>Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?<br><br>☐ No<br>☑ Yes<br><br>Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?<br><br>☐ No<br>☑ Yes<br><br>Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?<br>☑ No<br>☐ Yes. Name of Person_____N/A_____.<br>　　　　　Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).<br><br><br>By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.<br><br>x_/s/ Marie A Butler_____    x_____<br>　Signature of Debtor 1　　　　　　　　　　　Signature of Debtor 2<br><br>　　Date　　09/12/2016　　　　　　　　　　Date　_____<br>　　　　　　MM / DD / YYYY　　　　　　　　　　　　　MM / DD / YYYY<br><br>　　Contact phone  (708) 803-6818　　　　　Contact phone  _____<br><br>　　Cell phone  (708) 803-6818　　　　　　　Cell phone  _____<br><br>　　Email address  mrs.marie.butler@gmail.com　　Email address  _____ |

Official Form 101                    Voluntary Petition for Individuals Filing for Bankruptcy                    page 8

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:                          )
MARIE ANTOINETTE BUTLER         )
                                )
                                )   Case No.
    Debtor (s)                  )
                                )   Chapter  7
                                )
                                )

List of Creditors

| | |
|---|---|
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>P.O. BOX 12914<br>NORFOLK, VA 23541<br>800-772-1413 | MIDWEST ANESTHESIOLOGISTS<br>3407 MOMENTUM PLACE<br>CHICAGO, IL 60689-5334<br>312-296-2808 |
| DISH NETWORK LLC<br>P.O. BOX 94063<br>PALATINE, IL 60094-4063<br>800-333-3474 | CREDIT ONE BANK<br>P.O. BOX 98873<br>LAS VEGAS, NV 89193<br>877-825-3242 |
| ILLINOIS STATE TOLL HIGHWAY AUTHORITY<br>P.O. BOX 5544<br>CHICAGO, IL 60680-5544<br>800-824-7277 | COMCAST<br>P.O. BOX 3001<br>SOUTHEASTERN, PA 19398-3001<br>800-934-6489 |
| STELLAR RECOVERY<br>1327 HWY 2 WEST #100<br>CALISPELL, MT 59901<br>312-462-0206 | ADVOCATE MEDICAL GROUP<br>8550 W BRYN MAWR AVE., 8TH FLOOR<br>CHICAGO, IL 60631<br>847-390-5900 |
| FINGERHUT<br>WEB BANK, 6250 RIDGWEWOOD RD<br>ST. CLOUD, MN 56303<br>800-420-2599 | CHASE BANK<br>NATIONAL PAYMENT SERVICES,<br>MAIL CODE OH1-1272  P.O. BOX 182223<br>COLUMBUS, OH 43218<br>877-287-7303 |

Debtor 1 _____ MARIE ANTOINETTE BUTLER _____

| | |
|---|---|
| VERIZON WIRELESS<br>P.O. BOX 25505<br>LEHIGH VALLEY, PA 18002-5505<br>800-922-0204 | COMED<br>PO BOX 6111<br>CAROL STREAM, IL 60197-6111<br>800-334-7661 |
| CREDIT ACCEPTANCE CORPORATION<br>P.O. BOX 551888<br>DETROIT, MI 48255-1888<br>877-278-1584 | CROSS CUTS LAWN & SNOW, INC.<br>1229 HEATHER RD.<br>HOMEWOOD, IL 60430<br>708-335-8181 |
| UNITED COLLECTION BUREAU, INC.<br>5620 SOUTHWYCK BLVD, STE. 206<br>TOLEDO, OH 43614<br>888-880-5212 | HOMEWOOD POLICE DEPARTMENT<br>CITATIONS PROCESSING CENTER,<br>HOMEWOOD IL PO BOX 7200<br>BEVERLY, MA 001915<br>855-370-4229 |
| NICOR GAS<br>P.O. BOX 5407<br>CAROL STREAM, IL 60197-5407<br>888-642-6748 | FIFTH THIRD BANK<br>MADISONVILLE OPERATIONS CENTER<br>MD 1MOC3A<br>CINCINNATI, OH 45263-0001<br>800-972-3030 |
| ALLSTATE INSURANCE<br>PO BOX 4303<br>CAROL STREAM, IL 60197-4303 | EWS<br>400 SKOKIE BLVD #105<br>NORTHBROOK, IL 60062<br>866-491-9998 |
| DIRECT TV<br>PO BOX 78626<br>PHOENIX, AZ 85062-8626 | CITIBANK, N.A.<br>100 CITIBANK DRIVE<br>SAN ANTONIO, TX 78245-9966 |
| TRANSWORLD SYSTEMS, INC<br>507 PRUDENTIAL RD<br>HORSHAM, PA 19044<br>877-420-4789 | PEDIATRIC AND YOUNG ADULT<br>ORTHOPEDICS<br>3420 ADAMS RD.<br>OAK BROOK, IL 60523-2708 |
| WALGREENS.COM<br>ATTN ACCOUNTING DEPT,<br>8350 S RIVERWAY PKY<br>TEMPE, AZ 85284 | UNIVERSAL RESTORATION OF INDIANA<br>412 INDUSTRIAL DRIVE<br>GRIFFITH, IN 46319<br>866-665-9410 |
| ACS - EDUCATION SERVICES<br>CPS MONETARY PROCESSING PO BOX 7061<br>UTICA, NY 13504-7061<br>800-577-7392 | SPRINT<br>PO BOX 7993<br>OVERLAND, KS 66207-0993 |
| SAGESTREAM LLC<br>PO BOX 503793<br>SAN DIEGO, CA 92150-3793<br>888-395-0277 | VERIZON WIRELESS<br>PO BOX 4002<br>ACWORTH, GA 30101 |

## DEBTORS LIST FOR MARIE BUTLER

PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. BOX 12914
NORFOLK, VA 23541
800-772-1413

DISH NETWORK LLC
P.O. BOX 94063
PALATINE, IL 60094-4063
800-333-3474

ILLINOIS STATE TOLL HIGHWAY AUTHORITY
P.O. BOX 5544
CHICAGO, IL 60680-5544
800-824-7277

STELLAR RECOVERY
1327 HWY 2 WEST #100
CALISPELL, MT 59901
312-462-0206

FINGERHUT
WEB BANK, 6250 RIDGWEWOOD RD
ST. CLOUD, MN 56303
800-420-2599

MIDWEST ANESTHESIOLOGISTS
3407 MOMENTUM PLACE
CHICAGO, IL 60689-5334
312-296-2808

CREDIT ONE BANK
P.O. BOX 98873
LAS VEGAS, NV 89193
877-825-3242

COMCAST
P.O. BOX 3001
SOUTHEASTERN, PA 19398-3001
800-934-6489

ADVOCATE MEDICAL GROUP
8550 W BRYN MAWR AVE., 8TH FLOOR
CHICAGO, IL 60631
847-390-5900

CHASE BANK
NATIONAL PAYMENT SERVICES,
MAIL CODE OH1-1272  P.O. BOX 182223
COLUMBUS, OH 43218
877-287-7303

VERIZON WIRELESS
P.O. BOX 25505
LEHIGH VALLEY, PA 18002-5505
800-922-0204

CREDIT ACCEPTANCE CORPORATION
P.O. BOX 551888
DETROIT, MI 48255-1888
877-278-1584

UNITED COLLECTION BUREAU, INC.
5620 SOUTHWYCK BLVD, STE. 206
TOLEDO, OH 43614
888-880-5212

COMED
PO BOX 6111
CAROL STREAM, IL 60197-6111
800-334-7661

CROSS CUTS LAWN & SNOW, INC.
1229 HEATHER RD.
HOMEWOOD, IL 60430
708-335-8181

HOMEWOOD POLICE DEPARTMENT
CITATIONS PROCESSING CENTER,
HOMEWOOD IL PO BOX 7200
BEVERLY, MA 001915
855-370-4229

NICOR GAS
P.O. BOX 5407
CAROL STREAM, IL 60197-5407
888-642-6748

FIFTH THIRD BANK
MADISONVILLE OPERATIONS CENTER
MD 1MOC3A
CINCINNATI, OH 45263-0001
800-972-3030

## DEBTORS LIST FOR MARIE BUTLER

ALLSTATE INSURANCE
PO BOX 4303
CAROL STREAM, IL 60197-4303

EWS
400 SKOKIE BLVD #105
NORTHBROOK, IL 60062
866-491-9998

CREDIT ACCEPTANCE CORPORATION
25505 W 12 MILE ROAD, STE 3000
SOUTHFIELD, MI 48034-8339
800-325-6000

ACS - EDUCATION SERVICES
CPS MONETARY PROCESSING PO BOX 7061
UTICA, NY 13504-7061
800-577-7392

SPRINT
PO BOX 7993
OVERLAND, KS 66207-0993

SAGESTREAM LLC
PO BOX 503793
SAN DIEGO, CA 92150-3793
888-395-0277

VERIZON WIRELESS
PO BOX 4002
ACWORTH, GA 30101

DONERITE RECOVERY SERVICES
3056 E 170 ST
LANSING, IL 60438
708-418-4315

CBE GROUP
1309 TECHNOLOGY PKY
CEDAR FALLS, IA 50613

BARCLAY LAW GROUP
111 W WASHINGTON, STE 1520
CHICAGO, IL 60602
312-553-0123

DIRECT TV
PO BOX 78626
PHOENIX, AZ 85062-8626

CITIBANK, N.A.
100 CITIBANK DRIVE
SAN ANTONIO, TX 78245-9966

TRANSWORLD SYSTEMS, INC
507 PRUDENTIAL RD
HORSHAM, PA 19044
877-420-4789

PEDIATRIC AND YOUNG ADULT ORTHOPEDICS
3420 ADAMS RD.
OAK BROOK, IL 60523-2708

UNIVERSAL RESTORATION OF INDIANA
412 INDUSTRIAL DRIVE
GRIFFITH, IN 46319
866-665-9410

WALGREENS.COM
ATTN ACCOUNTING DEPT,
8350 S RIVERWAY PKY
TEMPE, AZ 85284

AT&T MOBILITY
PO BOX 6416
CAROL STREAM, IL 60197-6416

INNOVATIVE RESOURCE GROUP, LLC
DBA APC HEALTHCARE MIDWEST, PO BOX 99
LINTHICUM, MD 21090-0099

THE CBE GROUP
PO BOX 2635
WATERLOO, IA 50704-2635

HOMEWOOD DISPOSAL SERVICES INC.
1501 W 175TH STREET
HOMEWOOD, IL 60430-4608
708-798-1004

VALENTINE & KEBARTAS, INC.
PO BOX 325
LAWRENCE, MA 001842
978-975-0799

## DEBTORS LIST FOR MARIE BUTLER

EOS CCA
PO BOX 981002
BOSTON, MA 02298-1002

ILLINOIS STATE TOLL HIGHWAY AUTHORITY
ATTN: VIOLATION ADMINISTRATION CENTER,
27700 OGDEN AVE.
DOWNERS GROVE, IL 60515-1703

VILLAGE OF FLOSSMOOR
2800 FLOSSMOOR RD
FLOSSMOOR, IL 60422
708-798-2300

LAW OFFICES OF IRA T NEVELL
175 N FRANKLIN, STE 201
CHICAGO, IL 60606

PROGRESSIVE DIRECT AUTO
PO BOX 31260
TAMPA, FL 33631

CREDIT COLLECTION SERVICES
2 WELLS AVENUE
NEWTON, MA 02459
800-326-6400

VILLAGE OF HOMEWOOD
2020 CHESTNUT ROAD
HOMEWOOD, IL 60430

VILLAGE OF HOMEWOOD
PO BOX 71731
CHICAGO, IL 60694-1731

ARNOLD SCOTT HARRIS, PC ATTY AT LAW
111 W JACKSON BLVD, STE. 600
CHICAGO, IL 60604-4135
855-233-1734

COMCAST
PO BOX 3002
SOUTHEASTERN, PA 19398-3002

CITIGOLD SERVICES
PO BOX 769007
SAN ANTONIO, TX 78245

VERIZON WIRELESS
455 DUKE DRIVE
FRANKLIN, TN 37067

ADT SECURITY SERVICES
3190 S VAUGHN WAY
AURORA, CO 80014

FINGERHUT
6250 RIDGEWOOD RD
ST. CLOUD, MN 56303

TITLE MAXX
9400 W 159TH STREET
ORLAND PARK IL 60467
708-403-2855

EXPERIAN
PO BOX 4500
ALLEN TX 75103
888-397-3742

EQUIFAX CREDIT INFORMATION SYSTEMS, INC.
PO BOX 740256
ATLANTA GA 30374
800-685-1111

TRANSUNION, LLC
PO BOX 2000
CHESTER PA 19022
800-888-4213

DIVERSIFIED CONSULTANTS, INC
PO BOX 551268
JACKSONVILLE FL 32255-1268

BLUE CROSS BLUE SHIELD
PO BOX 34576
DEPT. 53430791
LOUISVILLE KY 40232-4576

NATIONAL RECOVER AGENCY
PO BOX 67015
HARRISBURG PA 17106-7015
800-360-4319

## DEBTORS LIST FOR MARIE BUTLER

ALLIANCE ONE
PO BOX 3111
SOUTHEASTERN PA 19398-3111

STATE FARM INSURANCE/CASUALTY COMPANY
2702 IRELAND GROVE ROAD
BLOOMINGTON IL 61708-0001

CITY OF CHICAGO
DEPARTMENT OF FINANCE
121 N LASALLE, RM 107
CHICAGO IL 60601

DR. KERRY SMITH
111 NORTH WABASH AVE., STE. 1422
CHICAGO IL 60602

KONSTATINE SPARAGIS PC
900 W JACKSON BLVD, STE 4E
CHICAGO IL 60607

CODILIS & ASSOCIATES, PC
15W030 N FRONTAGE RD,
BURR RIDGE, IL 60527